# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Erik Contreras-Dominguez<br>AKA: Celestino De La Rosa-Garcia | ) ) ) ) ) | Case No. 2:26-mj-108 |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __02/14/2026__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 (a) | Illegal Reentry |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

　　　　　　　　　　　　　　　　　　　　　　　　　CHANDLER W JENT
　　　　　　　　　　　　　　　　　　　　　　　　　*Complainant's signature*

　　　　　　　　　　　　　　　　　　　　　　　　　Chandler Jent, Deportation Officer (ICE)
　　　　　　　　　　　　　　　　　　　　　　　　　*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/24/2026

　　　　　　　　　　　　　　　　　　　　　　　　　Kimberly A. Jolson
City and state: Columbus, Ohio　　　　　　　　　　United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN THE MATTER OF THE CRIMINAL COMPLAINT OF:<br><br>Erik CONTRERAS-Dominguez<br>AKA: Celestino DE LA ROSA-Garcia | )<br>)<br>)  Case No.  2:26-mj-108<br>)<br>) |

**AFFIDAVIT OF CHANDLER JENT IN
SUPPORT OF CRIMINAL COMPLAINT**

I, United States Immigration and Customs Enforcement Deportation Officer, Chandler Jent, being first duly sworn, depose and state as follows:

1. I am a Deportation Officer with U.S. Immigration and Customs Enforcement (ICE). I have been a Deportation Officer since December 1, 2025. I am assigned to the Columbus, OH Office of Enforcement and Removal Operations. I have investigated both criminal and administrative matters involving aliens in the United States.

While investigating Erik CONTRERAS-Dominguez (CONTRERAS-Dominguez), I have learned the following facts:

2. Erik CONTRERAS-Dominguez is a citizen of Mexico and not a citizen of the United States.

3. On or about June 7, 2024, CONTRERAS-Dominguez was arrested by Border Patrol Agents (BPA) in Naco, AZ. On or about June 8, 2024, CONTRERAS-Dominguez was ordered removed by an immigration officer in Naco, AZ pursuant to Section 235(b)(1) of the Immigration and Nationality Act. CONTRERAS-Dominguez was physically removed on this order on or about June 8, 2024, via Naco, AZ. On that day, CONTRERAS-Dominguez surrendered his fingerprint and photo for Immigration form I-296 (Notice to Alien Ordered Removed/Departure Verification) and signed the same form. CONTRERAS-Dominguez's departure was witnessed by an immigration officer who documented the departure by way of signature on Immigration form I-296.

4. On or about June 10, 2024, CONTRERAS-Dominguez was arrested by BPA in Naco, AZ. On or about that same date, CONTRERAS-Dominguez's was ordered removed by an immigration officer pursuant to Section 241(a)(5) of the Immigration and Nationality Act. CONTRERAS-Dominguez was served Immigration form I-871 (Notice of Intent/Decision to Reinstate Prior Order). On or about June 11, 2024, CONTRERAS-Dominguez was physically removed on this order via Naco, AZ. On or about that same date, CONTRERAS-Dominguez surrendered his fingerprint and photo for Immigration form I-205 (Warrant of Removal/Deportation) and signed the same form. CONTRERAS-Dominguez's departure was witnessed by an immigration officer who documented the departure by way of signature on Immigration form I-205.

5. On or about February 13, 2026, the Ohio State Highway Patrol arrested CONTRERAS-Dominguez in Columbus, OH, in the Southern District of Ohio, and charged him with Operating Vehicle Under the Influence of Alcohol or Drugs, Possession of Controlled Substances, and Having Weapons While Under Disability. On or about February 14, 2026, the Ohio State Highway Patrol submitted CONTRERAS-Dominguez's fingerprints to the Law Enforcement Support Center (LESC) in Williston, VT. The LESC queried CONTRERAS-Dominguez's fingerprints in immigration databases and confirmed CONTRERAS-Dominguez's identity as well as his inadmissibility to the U.S. The LESC then returned an electronic notification to ICE Columbus notifying ICE Columbus that CONTRERAS-Dominguez is residing in the U.S. without lawful status and that CONTRERAS-Dominguez has not been granted permission from the Attorney General of the U.S. or the Secretary of the U.S. Department of Homeland Security to reenter the U.S.

Your Affiant submits that the foregoing facts establish probable cause that Erik CONTRERA-Dominguez has committed a violation of 8 U.S.C. § 1326(a), being an alien who: (1) has been denied admission, excluded, deported, or removed, or has departed the U.S. while an order of exclusion, deportation or removal is outstanding; (2) thereafter entered, attempted to enter, or at any time was found in the U.S.; and (3) did not have consent from the Attorney General to reapply for admission to the U.S. prior to either his re-embarkation at a place outside the U.S. or his application for admission from a foreign contiguous territory.

_____
Chandler Jent
Deportation Officer
Immigration and Customs Enforcement

Sworn before me and subscribed in my presence on this __24th__ day of February, 2026.

_____
Kimberly A. Jolson
United States Magistrate Judge